COM.

v.

STREET, E.

215 MDA 2017

Superior Court of Pennsylvania.

09/12/2017

CP–36–CR–0000277–2014, CP–36–CR–0005848–2013 (Lancaster)

Affirmed—Application to Withdraw as Counsel Granted